United States Patent #11,616,469




| | |
|---|---|
| 1. A washer head assembly [10] for washing a surface of a solar panel [1] comprising: | In the displayed photo of the accused device above, the washer head assembly is configured to and by way of proof, Defendant has used the washer head assembly for the washing of the surface of pictured solar panels. |




a washer head frame [13] including:

a washer frame cross member [15] including:
a swivel [31] mounted thereon, the swivel [31] allowing one degree of freedom allowing the pitching of the washer head frame [13],

the swivel [31] being mounted below a center of gravity;

The cross member [15] is evident above which separates legs of the swivel [31] to provide stability in the axis of movement.
The swivel [31] is set out above and as shown by the separation of the legs of the swivel, only allows rotation with one degree of freedom.
As is evident, if the center of gravity of the accused device were above the swivel, it could not be controlled by a simple system having a jib penant [63] to control the pitch of the washer frame [13].




each of a top frame rail [17] and a bottom frame rail [19];

The top frame rail [17] and the bottom frame rail [19] extend from the swivel [31].




a plurality of lath brushes [12], the plurality of lath brushes [12] together extend, generally, the length of the washer head frame [13],




the plurality [12] further being selected to include a plurality of bristles being of sufficient number to support the washer head frame [13] against the surface of the solar panel [1] without damage to the solar panel [1]; and




a jib winch [ 61] to draw and to pay out a jib pendant [63], the jib pendant [63] being affixed to the top frame rail [17] such that such drawing or paying out will allow the washer head frame [13] to pitch to an attitude selected by the operator.




7. A method for cleaning an array of solar panels [1], the method comprising:




| | |
|---|---|
| supporting a washer head frame [13], upon a plurality of lath brushes [12] resting on one of the array of solar panels [1], | |
| the washer head frame [13] including: | As shown immediately below. |
| a washer frame cross member [15] including: | As shown immediately below. |




a swivel [31] mounted thereon, the swivel [31] allowing one degree of freedom allowing the pitching of the washer head frame [13],

the swivel [31] being mounted below a center of gravity;

As is evident, if the center of gravity of the accused device were above the swivel, it could not be controlled by a simple system having a jib penant [63] to control the pitch of the washer frame [13].

each of a top frame rail [17] and a bottom frame rail [19]; and a plurality of lath brushes [12],

As shown immediately below.

the plurality of lath brushes [12] together extending, generally, the length of the washer head frame [13],

As shown immediately below.




the plurality further being selected to include a plurality of bristles being of sufficient number to support the washer head frame [13] against the surface of the solar panel [1] without damage to the solar panel [1];




conveying water from a water reservoir [96] in a pressurized water line [97] to supply a water sprayer manifold assembly [20] the washer head frame [13] comprises;

distributing water through the water sprayer manifold assembly [20] to each of the port and the starboard nozzles [28];

As shown immediately above.

issuing a spray [5] received from the pressurized water line [97] and from each of the port and the starboard nozzle [28] thereby spraying water onto the surface of the solar panel [1];

The nozzles [28] shown immediately above.

activating a jib winch [61] to pay out a jib pendant [63], the jib pendant [63] being affixed to the top frame rail [17] such that the paying out will allow the washer head frame [13] to pitch to place the washer head frame [13] onto the bristles of the lath brushes [12] of the washer head frame [13] onto the surface of the solar panel [1].

The jib winch [61] and jib pendant [63] are shown above.




12. A washer head frame [13] for washing a surface of a solar panel [1], the washer head frame [13] comprising:




a swivel [31] mounted thereon, the swivel [31] allowing one degree of freedom allowing the pitching of the washer head frame [13],




| | |
|---|---|
| the swivel [31] being mounted below a center of gravity of the washer head frame [13]; each of a top frame rail [17] and a bottom frame rail [19]; | As shown immediately above. |




a plurality of lath brushes [12] affixed to the top frame rail [17] and the bottom frame rail [19],




the plurality of lath brushes [12] together extend, generally, the length of the washer head frame [13], each lath brush [12] making up the plurality being oriented such that the long axis of each lath brush [12] lies perpendicular to a direction of travel,

As shown immediately above.




the lath brushes [12] comprising a plurality of bristles being of sufficient number to support the washer head frame [13] against the surface of the solar panel [1] without damage to the solar panel [1]; and




| | |
|---|---|
| a jib winch [61] to draw and to pay out a jib pendant [63], the jib pendant [63] being affixed to the top frame rail [17] such that such drawing or paying out will allow the washer head frame [13] to pitch to an attitude selected by the operator. | As shown immediately above. |