United States Patent #11,791,767




15. A washer head frame [13] for washing a surface of a solar panel [1], the washer head frame [13] comprising:




a plurality of lath brushes [12],




the plurality of lath brushes [12] together extending, generally, the length of the washer head frame [13],




each lath brush [12] making up the plurality being oriented such that the long axis lies perpendicular to a direction of travel,

the lath brushes [12] comprising a plurality of bristles being of sufficient number to support the washer head frame [13] against a front surface of the solar panel [1] without damage to the solar panel [1];







and arranged within the washer head frame [13]: a sprayer manifold assembly [20] comprising:
a gooseneck [23] for receiving a connection to a flexible water hose [97];

As shown immediately above.




| | |
|---|---|
| a sprayer manifold [22] to receive a high-pressure flow of water from the gooseneck [23]; at least one spray header [24] to receive the high-pressure flow of water from the sprayer manifold [22] to supply the high-pressure flow to a plurality of nozzles [28] configured to spray the front face of the solar panel [1]. | As shown immediately above. |